UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                             2:09-cr-13-FtM-29SPC

PATRICIA GRAY
MICHELLE MCKAY
ALFREDIA MACHELL PROCTOR
ROY DENSON
_____

**OPINION AND ORDER**

This matter comes before the Court on Defendant Roy Denson's Request for Dismissal on the Grounds that the Prosecution of this Matter is in Violation of his Constitutional Rights and For this Court's Leave to Issue a Subpoena Duces Tecum to the United States Attorney's Office (Doc. #52) filed on June 1, 2009. The United States filed its Response (Doc. #60) on June 11, 2009. Also before the Court is defendant Patricia Gray's Motion to Adopt (Doc. #55) defendant Denson's motion. A similar motion to adopt by defendant Alfreda Machell Proctor (Doc. #56) was granted by the magistrate judge (Doc. #57). For the reasons set forth below, Defendant Denson's motion will be denied.

Defendant seeks dismissal of the fraud indictment and discovery from the United States Attorney's Office as to the last three years of their prosecution of bank fraud cases because of alleged selective prosecution. Defendant asserts that the government's bank fraud investigations may have or will

disproportionately affect African Americans like himself, and therefore discovery/dismissal is required.

The legal principles are well-established. United States v. Armstrong, 517 U.S. 456 (1996); United States v. Smith, 231 F.3d 800 (11th Cir. 2000). See also United States v. Williams, 246 Fed. Appx. 626 (11th Cir. 2007); Scott v. United States, 232 Fed. Appx. 898 (11th Cir. 2007). Nothing alleged in defendant's motion comes close to satisfying any component of the demanding standard for either discovery or dismissal based upon alleged selective prosecution.

Accordingly, it is now

**ORDERED:**

1. Defendant Patricia Gray's Motion to Adopt (Doc. #55) is **GRANTED**.

2. Defendant Roy Denson's Request for Dismissal on the Grounds that the Prosecution of this Matter is in Violation of his Constitutional Rights and For this Court's Leave to Issue a Subpoena Duces Tecum to the United States Attorney's Office (Doc. #52) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of June, 2009.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record