UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                    2:09-cr-13-FtM-29SPC

PATRICIA GRAY
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant Patricia Gray's Motion for New Trial and Judgment Notwithstanding the Verdict (Doc. #141), filed on December 3, 2009. The motion also contains a request for judgment of acquittal. The Government's Response (Doc. #142) in opposition was filed on December 14, 2009.

The legal principles that apply in deciding a motion for a judgment of acquittal under Rule 29(c) are well-established:

> In considering a motion for the entry of a judgment of acquittal, a district court must view the evidence in the light most favorable to the government, and determine whether a reasonable jury could have found the defendant guilty beyond a reasonable doubt. The prosecution need not rebut all reasonable hypotheses other than guilt. The jury is free to choose between or among the conclusions to be drawn from the evidence presented at trial, and the district court must accept all reasonable inferences and credibility determinations made by the jury. The District Court's determination that the evidence introduced at trial was insufficient to support the jury's verdict of guilt is [an] issue of law entitled to no deference on appeal.

United States v. Miranda, 425 F.3d 953, 959 (11th Cir. 2005) (quoting United States v. Sellers, 871 F.2d 1019, 1021 (11th Cir. 1989)(internal citations omitted)). Applying these principles to the evidence presented in this case, the Court finds that the

government met its burden as to all of the elements of each count and that a reasonable jury could have found defendant guilty beyond a reasonable doubt.  Therefore, this aspect of the motion will be denied.

Defendant also maintains that a new trial should be granted in the interest of justice under FED. R. CRIM. P. 33 because the verdict is contrary to the weight of the evidence.  Unlike a Rule 29 motion, Rule 33 allows the district court to weigh the evidence and consider the credibility of the witnesses, although to grant such a motion "[t]he evidence must preponderate heavily against the verdict, such that it would be a miscarriage of justice to let the verdict stand."  Butcher v. United States, 368 F.3d 1290, 1297 (11th Cir. 2004).  Applying this standard to the evidence presented at trial, it is the Court's view that the verdicts are not against the weight of the evidence.  Therefore, this aspect of the motion will also be denied.

Accordingly, it is now

**ORDERED:**

Defendant's Motion for New Trial and Judgment Notwithstanding the Verdict, which incorporates a Motion for Judgment of Acquittal (Doc. #141), is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of December, 2009.

_____
JOHN E. STEELE
United States District Judge

-2-